MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN 179649
AMaurer@glendaleca.gov
MIAH YUN, ASSISTANT CITY ATTORNEY, SBN 218808
MYun@glendaleca.gov
ANDREW C. RAWCLIFFE, DEPUTY CITY ATTORNEY, SBN 259224
ARawcliffe@glendaleca.gov
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402

Attorneys for Defendants,
City of Glendale and Scott Ochoa

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHIKO SHIOTA GINGERY, an individual, KIOCHI MERA, an individual, GAHT-US Corporation, a California non-profit corporation<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE; a municipal corporation, SCOTT OCHOA, in his capacity as Glendale City Manager,<br><br>Defendant. | Case No.: CV14-01291 PA-AJWx<br><br>[The Honorable Percy Anderson]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R.8-3)**<br><br>Complaint Served: February 21, 2014<br><br>Current Response Date: March 14, 2014<br><br>New Response Date: April 11, 2014 |

   Plaintiffs, Michiko Shiota Gingery, Kiochi Mera, and GAHT US Corporation, by and through their counsel of record, Neil M. Soltman and Matthew H. Marmolejo, and Defendants, City of Glendale and Scott Ochoa, by and through their counsel of record, Andrew C. Rawcliffe, stipulate as follows pursuant to Local Rule 8-3:

   The initial Complaint was served on February 21, 2014. Defendants' responsive pleading is currently due on March 14, 2014.

The new response date shall be April 11, 2014.

IT IS SO STIPULATED.

DATED:   March 4, 2014          MICHAEL J. GARCIA, CITY ATTORNEY


                                By:   /s/ Andrew C. Rawcliffe (authorized)
                                      3/4/14
                                      Andrew C. Rawcliffe
                                      Attorneys for Defendants


DATED:   March 4, 2014          MAYER BROWN LLP
                                NEIL M. SOLTMAN
                                MATTHEW H. MARMOLEJO
                                RUTH ZADIKANY
                                REBECCA B. JOHNS


                                By: /s/ Matthew H. Marmolejo (authorized
                                    3/4/2014)
                                      Matthew H. Marmolejo
                                      Attorneys for Plaintiffs