MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN 179649
amaurer@glendaleca.gov
MIAH YUN, ASSISTANT CITY ATTORNEY, SBN 218808
myun@glendaleca.gov
ANDREW C. RAWCLIFFE, DEPUTY CITY ATTORNEY, SBN 259224
arawcliffe@glendaleca.gov
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402

Attorneys for Defendants
CITY OF GLENDALE and SCOTT OCHOA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHIKO SHIOTA GINGERY, an individual, KOICHI MERA, an individual, GAHT-US Corporation, a California non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF GLENDALE, a municipal corporation, SCOTT OCHOA, in his capacity as Glendale City Manager, <br><br> Defendants. | Case No.: CV 14-01291 PA (AJWx) <br><br> [The Honorable Percy Anderson] <br><br> **NOTICE OF INTERESTED PARTIES** |

    The undersigned counsel of record for defendants certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

///

///

- 1 -

1)    City of Glendale;

2)    Scott Ochoa;

3)    Korean American Forum of California.

DATED: March 4, 2014      MICHAEL J. GARCIA, CITY ATTORNEY

By:   /s/ Andrew C. Rawcliffe (authorized)
3/4/14
Andrew C. Rawcliffe
Attorneys for Defendants