Name and address:
MAYER BROWN LLP
Neil M. Soltman
Matthew H. Marmolejo
Ruth Zadikany
Rebecca B. Johns
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHIKO SHIOTA GINGERY, an individual, KOICHI MERA, an individual, GAHT-US Corporation, a California non-profit corporation,<br><br>Plaintiff(s)<br>v.<br><br>CITY OF GLENDALE, a municipal corporation<br><br>Defendant(s). | CASE NUMBER<br>2:14-cv-1291-PA-AJW<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Michiko Shiota Gingery ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

to substitute William B. DeClercq _____ who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

225 S. Lake Avenue, Suite 300
*Street Address*

Pasadena, CA 91101                                    William@DeClercqLaw.com
*City, State, Zip*                                       *E-Mail Address*

626-408-2150              626-408-2159              240538
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of Neil M. Soltman, Matthew H. Marmolejo, Ruth Zadikany, Rebecca B. Johns
*Present Attorney*

is hereby ☒ GRANTED ☐ DENIED

Dated April 29, 2014

_____
U. S. District Judge/U.S. Magistrate Judge

---

G–01 ORDER (06/13)          ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY
AMECURRENT 709211553.1 28-Apr-14 21:23

