1

JS-6

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11    MICHIKO SHIOTA GINGERY,                    CV 14-1291 PA (AJWx)
      KOICHI MERA, and GAHT-USA
12    CORPORATION,                               JUDGMENT

13                    Plaintiffs,

14            v.

15    CITY OF GLENDALE,

16                    Defendant.

17

18

19          Pursuant to the Court's August 4, 2014 Minute Order granting the Motion to Dismiss

20    filed by defendant City of Glendale ("Defendant"), which dismissed the sole federal claim

21    asserted by plaintiffs Michiko Shiota Gingery, Koichi Mera, and GAHT-USA Corporation

22    (collectively "Plaintiffs") with prejudice, and declined to exercise supplemental jurisdiction

23    over Plaintiffs' remaining state law claim and dismissed that claim without prejudice,

24          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' federal

25    constitutional claim for violation of the foreign affairs power and Supremacy Clause is

26    dismissed with prejudice and Plaintiffs' remaining state law claim is dismissed without

27    prejudice.

28    . . . .

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take

2   nothing and that Defendant shall have its costs of suit.

3        IT IS SO ORDERED.

4

5   DATED: August 4, 2014                        _____

6                                                   Percy Anderson
                                                 UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28